FILED SHEMWELL, CLERK
ROBERT H. USDC, WESTERN DISTRICT OF LA.
BY
DATE 8/26/08

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DARRYL JEANSONNE, et al. | CIVIL ACTION NO. 07-2163 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| JOE MYERS FORD, et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to dismiss (DOC. #12) is GRANTED and Ace American Insurance Company is dismissed.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 25 day of August, 2008.

**Dee D. Drell**
**UNITED STATES DISTRICT JUDGE**